**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN JAMES SALMON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00725  AWI JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JULY 3, 2013<br>(Doc. 4)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br>(Doc. 5) |

On July 3, 2013, the Court issued an order to Plaintiff to show cause why the action should not be dismissed for his failure to file an amended complaint as ordered by the Court. (Doc. 4). On July 8, 2013, Plaintiff filed a motion for a thirty-day extension of time to cure the deficiencies of his complaint. (Doc. 5). Accordingly, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause dated July 3, 2013 is **DISCHARGED**;
2. Plaintiff's motion for an extension of time is **GRANTED**; and
3. Plaintiff **SHALL** file a First Amended Complaint no later than **August 9, 2013**.

IT IS SO ORDERED.

Dated:　**July 9, 2013**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE